### TEMPLETON *v.* TEMPLETON.

DIVORCE—ALIMONY—ADEQUACY.

> Under a decree of divorce, an award of $1,400 in cash, to be paid within 90 days, as alimony, where defendant's property was shown to consist only of a farm worth $3,350 and personalty worth $1,140, was not open to the objection of inadequacy.

Appeal from Ingham; Wiest, J. Submitted November 14, 1900. Decided February 27, 1901.

Bill by Emily Templeton against Angus Templeton for a divorce. From a decree fixing the amount of alimony to be paid by defendant, complainant appeals. Affirmed.

*Smith & Hood*, for complainant.

*Lawton T. Hemans* ( *R. A. Montgomery*, of counsel ), for defendant.

HOOKER, J. The circuit court in chancery granted to complainant a decree of divorce, referring the subject of

alimony to a commissioner, with direction to take proofs and report the amount of real and personal property possessed by the defendant. He reported the real property as of the value of $3,350, and that the personal property was worth $1,140, making a total of $4,490; whereupon the court decreed that the defendant pay to the complainant within 90 days, in cash, the sum of $1,400. The complainant has appealed, claiming the amount inadequate.

The proofs were taken in open court, and were *ex parte.* We may take judicial notice that no man whose property consists of a farm, and the personal property usually owned by a farmer, and which all amounts to but $4,490, can raise and pay $1,400 in cash without serious embarrassment. We think complainant should have been satisfied with the decree, which is hereby affirmed, without costs to either party.

The other Justices concurred.